UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RITA MCCRORY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LEE E. MCCRORY | CIVIL ACTION NO. 23-7098 |
| VERSUS | JUDGE LONG |
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA | MAGISTRATE JUDGE ROBY |

**ANSWER**

NOW COMES American Bankers Insurance Company of Florida ("American Bankers"), and for answer to the Petition for Damages (the "Complaint") of Rita McCrory, individually and as Representative of the Estate of Lee E. McCrory, respectfully avers as follows:

**FIRST DEFENSE**

The Complaint fails to state a claim or cause of action for which relief can be granted.

**SECOND DEFENSE**

Now answering the specific allegations of the Complaint, defendant avers that:

1.

The allegations of paragraph 1 are denied, except admit the status of American Bankers and that this Honorable Court has jurisdiction. American Bankers also admits that American Bankers issued Specialty Homeowners Program policy no. 21M0096496 to Lee E. McCrory with coverage for insured property located at 41183 W Yellow Water Road, Hammond, Louisiana 70403. The policy is in writing and contains numerous clauses, terms, provisions, and limitations on coverage, all of which are alleged herein. Any inconsistent characterizations are denied.

2.

The allegations of paragraph 2 are denied.

3.

The allegations of paragraph 3 are denied for want of sufficient information to justify a belief therein.

4.

The allegations of paragraph 4 are denied, except to admit that American Bankers issued Specialty Homeowners Program policy no. 21M0096496 to Lee E. McCrory with coverage for insured property located at 41183 W Yellow Water Road, Hammond, Louisiana 70403. The policy is in writing and contains numerous clauses, terms, provisions, and limitations on coverage, all of which are alleged herein. Any inconsistent characterizations are denied.

5.

The allegations of paragraph 5 are denied, except to admit that American Bankers issued Specialty Homeowners Program policy no. 21M0096496 to Lee E. McCrory with coverage for insured property located at 41183 W Yellow Water Road, Hammond, Louisiana 70403. The policy is in writing and contains numerous clauses, terms, provisions, and limitations on coverage, all of which are alleged herein. Any inconsistent characterizations are denied.

6.

The allegations of paragraph 6 are admitted.

7.

The allegations of paragraph 7 are denied, except to admit that on behalf of American Bankers, an independent adjuster inspected the insured property for damage related to Hurricane Ida.

8.

The allegations of paragraph 8 are denied, except to admit that American Bankers issued Specialty Homeowners Program policy no. 21M0096496 to Lee E. McCrory with coverage for insured property located at 41183 W Yellow Water Road, Hammond, Louisiana 70403.  The policy is in writing and contains numerous clauses, terms, provisions, and limitations on coverage, all of which are alleged herein.  Any inconsistent characterizations are denied.

9.

The allegations of paragraph 9 are denied.

10.

The allegations of paragraph 10 are denied, except to admit that American Bankers issued Specialty Homeowners Program policy no. 21M0096496 to Lee E. McCrory with coverage for insured property located at 41183 W Yellow Water Road, Hammond, Louisiana 70403.  The policy is in writing and contains numerous clauses, terms, provisions, and limitations on coverage, all of which are alleged herein.  Any inconsistent characterizations are denied.

11.

The allegations of paragraph 11 are denied.

12.

The allegations of paragraph 12 are denied.

13.

The allegations of paragraph 13 are denied.

14.

The allegations of paragraph 14 are denied.

15.

The allegations of paragraph 15 are denied for want of sufficient information to justify a belief therein.

16.

The allegations of paragraph 16 are denied.

### THIRD DEFENSE

American Bankers issued Specialty Homeowners Program policy no. 21M0096496 to Lee E. McCrory with coverage for insured property located at 41183 W Yellow Water Road, Hammond, Louisiana 70403. The policy is in writing and contains numerous clauses, terms, provisions, and limitations on coverage, all of which are alleged herein.

### FOURTH DEFENSE

Plaintiff's claims under the American Bankers policy may be barred, in whole or part, by the following policy provisions, or provisions similar thereto:

SECTION I - PHYSICAL DAMAGE COVERAGES

A.  We will pay up to the limit of liability shown on the Declarations Page for direct, sudden, and accidental loss of, or damage to your covered dwelling, EXCEPT for those causes of loss listed in SECTION I - EXCLUSIONS.

Form AB5005PC-1004

### FIFTH DEFENSE

Plaintiff's claims under the American Bankers policy may be barred, in whole or part, by the following policy provisions, or provisions similar thereto:

SECTION I - EXCLUSIONS

Regardless of any other cause or event contributing concurrently or in any sequence to the loss, we do not provide payment for physical loss or damage:

1. Due and confined to wear and tear, latent defects, marring, deterioration, inherent vice, neglect, abusive use, mechanical or electrical breakdown or failure, or manufacturer defect.

\*\*\*

3. Caused by enforcement of any governmental requirement regulating construction, confiscation, repair, demolition, sale, occupancy or relocation of your dwelling.

\*\*\*

5. Due and confined to leakage from rain, sleet, or snow or its resulting damage whether or not wind driven. However, this exclusion does not apply if a covered peril causes an opening in the roof or to the exterior of your dwelling, which causes the leakage.

\*\*\*

15. Power failure, meaning the failure of power or other utility service if the failure takes place off the insured location and results in loss or damage to the insured property.

\*\*\*

23. Caused by the presence of condensation, humidity, or vapor, or by continuous or repeated seepage or leakage of water or steam over a period of time. . . .

\*\*\*

27. Caused by or resulting from faulty, inadequate or defective:

    a. Planning, zoning, development, surveying, siting;
    b. Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
    c. Materials used in repair, construction, renovation or remodeling;
    d. Maintenance; of part or all of any insured property; or
    e. Installation, movement, set-up or transport.

28. Caused by fungi, wet or dry rot, or bacteria meaning the presence, growth, proliferation, spread or any activity of fungi, wet or dry rot, or bacteria.

    This Exclusion does not apply:

    a. When fungi, wet or dry rot, or bacteria results from fire or lightning;

    b. With respect to a covered loss other than fire or lightning, to the extent the coverage is provided for in the fungi, wet or dry rot, or bacteria coverage

      under SECTION I - COVERAGES, ADDITIONAL COVERAGES section of the policy; or

   c.    With respect to fungi, wet or dry rot, or bacteria that is located on the portion of the covered property that must be repaired or replaced because of direct physical damage caused by a covered loss.

      However, the exclusion shall continue to apply to:

      (1)    The cost to treat, contain, remove or dispose of fungi, wet or dry rot, or bacteria beyond that which is required to repair or replace the covered property physically damaged by a covered loss;

      (2)    The cost of any testing of air or property to confirm the absence, presence or level of fungi, wet or dry rot or bacteria whether performed prior to, during or after removal, repair, restoration or replacement; and

      (3)    Any increase in loss under Coverage D - Additional Living Expense and Additional Coverages 1. Debris Removal resulting from c. (1) and (2).

Direct loss by covered loss resulting from fungi, wet or dry rot, or bacteria is covered.

Form AB5005PC-1004
Form AB5096EC-0506

## **SIXTH DEFENSE**

Plaintiff's claims under the American Bankers policy may be barred, in whole or part, by the following policy provisions, or provisions similar thereto:

SECTION 1 - CONDITIONS

DUTIES AFTER LOSS

   1.    In the event of a loss, an insured person must:

      a.    Notify us promptly. . . .
      b.    Protect your dwelling, adjacent structures and personal property from any further damage. If you fail to do so, any further damage will not be covered under this policy. . . .

***

    4.    At our request you must:

        a.    Show us the damaged property as often as reasonably required;
        b.    Provide us with records and documents that we request and permit us to make copies; and
        c.    Submit to examination under oath and subscribe to same, separately and apart from any other person defined as you or an insured person.

    5.    You must cooperate with us in our effort to investigate the loss, . . .

Form AB5005PC-1004

## SEVENTH DEFENSE

Plaintiff's claims under the American Bankers policy may be barred, in whole or part, by the following policy provisions, or provisions similar thereto:

. . . [U]nder SECTION I – CONDITIONS, OUR PAYMENT METHODS, the amount and method of settlement for a loss to your insured dwelling or adjacent structures is amended as follows:

The amount we will pay in the event of a loss, except for a non-structural hail loss, to your cwelling will be the lowest of:

    1.    The limit of liability shown on the Declarations Page for your dwelling; or

    2.    The amount actually spent for necessary repair or replacement of the damaged portion of your dwelling.

If the cost to repair or replace the damaged property is more than $2,500, we will pay the lowest of the amounts shown below until actual repair or replacement is completed:

    1.    The difference between the actual cash value of your damaged property before the loss and its actual cash value immediately after the loss; or

    2.    The cost of replacing your property; or

    3.    The limit of liability shown on the Declarations Page for your dwellin..

You may elect not to accept this coverage in presenting a claim.  The choice will not affect your right to pursue your claim within 180 days after the loss for any additional payment that may be due to you as provided under this endorsement.

In no event will the amount payable for loss of or damage to your dwelling or adjacent structures exceed the limit of liability shown on the Declarations Page.

Form AB5029EC-1004

## EIGHTH DEFENSE

Plaintiff's claims under the American Bankers policy may be barred, in whole or part, by the following policy provisions, or provisions similar thereto:

SECTION I - PHYSICAL DAMAGE COVERAGES, COVERAGE A – DWELLING, A. is deleted and replaced with the following:

- A. We will pay up to the limit of liability shown on the Declarations Page for direct, sudden, and accidental loss of, or damage to your covered dwelling, EXCEPT for those causes of loss listed in SECTION I – EXCLUSIONS. For the peril of wind, we will pay a maximum of $1,000 for any losses to structures permanently attached to your dwelling.

SECTION I - PHYSICAL DAMAGE COVERAGES, COVERAGE B -- ADJACENT STRUCTURES, A. is deleted and replaced with the following:

- A. If coverage B is selected, we will pay up to the limit of liability shown on the Declarations Page for direct, sudden, and accidental loss of, or damage to your covered adjacent structures, EXCEPT for those causes of loss listed in SECTION I - EXCLUSIONS. For the peril of wind, we will pay a maximum of $1,000 for any losses to adjacent structures.

Form AB3230EPC-0112

## NINTH DEFENSE

Plaintiff's claims under the American Bankers policy may be barred, in whole or part, by the following policy provisions, or provisions similar thereto:

COVERAGE C - PERSONAL PROPERTY

- A. If Coverage C is selected, we will pay up the limit of liability shown on the Declarations Page for direct, sudden, and accidental loss of, or damage to your covered personal property, EXCEPT for those causes of loss listed in **SECTION I - Exclusions.**

Form AB5005PC-1004

## TENTH DEFENSE

Plaintiff's claims under the American Bankers policy may be barred, in whole or part, by the following policy provisions, or provisions similar thereto:

COVERAGE D -- ADDITIONAL LIVING EXPENSE

We will pay up to $50 a day, not to exceed a total of 10% of the limit of liability for COVERAGE A - DWELLING, for reasonable additional living expenses you pay when you cannot live in your dwelling because it is damaged or destroyed by a covered loss. Our coverage ends on the earlier of either:

1. When your dwelling is repaired or replaced; or
2. Seven days after we have offered to make a reasonable cash settlement.

***

We will need paid receipts to verify your reasonable additional living expense incurred in addition to your normal living expenses.

AB5005PC-1004

## ELEVENTH DEFENSE

Plaintiff's claims may be barred by the indemnity principle of insurance. The plaintiff may not recover amounts in excess of his actual loss.

## TWELFTH DEFENSE

Defendant reserves all of its rights under the policy of insurance and applicable law, including but not limited to the right to supplement and amend this answer.

WHEREFORE, defendant prays that there be judgment in its favor, dismissing plaintiff's lawsuit with prejudice at the plaintiff's sole cost, and for all other relief to which defendant is entitled.

Respectfully submitted,

*/s/ Brian J. D'Angelo*
GORDON P. SEROU, JR. (14432)
BRIAN J. D'ANGELO (39151)
ROY A. BURTCHAELL (40673)
Law Offices of Gordon P. Serou, Jr., LLC
gps@seroulaw.com
bjd@seroulaw.com
rab@seroulaw.com
365 Canal Street, Suite 2280
New Orleans, Louisiana 70130
Phone: 504-207-1910
Fax:    504-784-6428

*Attorneys for American Bankers Insurance Company of Florida*