UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RITA MCCRORY | CIVIL ACTION |
| VERSUS | NO. 23-7098 |
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA | SECTION "O" |

### CONDITIONAL ORDER OF DISMISSAL

Counsel have informed the Court that this case has settled.[1]

Accordingly,

**IT IS ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty days. The Court retains jurisdiction for all purposes, including enforcing the parties' settlement. Counsel are reminded that, if witnesses have been subpoenaed, every witness must be notified not to appear.

New Orleans, Louisiana, this 13th day of December, 2024.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 19.