# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RITA MCCRORY, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7098** |
| **AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA** | **SECTION "O"** |

## ORDER

**IT IS ORDERED** that the joint motion[1] to dismiss with prejudice is **GRANTED**. All claims of Plaintiff Rita McCrory, individually and as representative of the Estate of Lee E. McCrory, against Defendant American Bankers Insurance Company of Florida are dismissed with prejudice. Each party will bear its own costs.

New Orleans, Louisiana, this 10th day of March, 2025.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 22.